IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BURNAM,<br><br>      Plaintiff,<br><br>vs.<br><br>OLD GLOBE THEATRE, INC. dba OLD GLOBE THEATRE and DOES 1 THROUGH 10, Inclusive,<br><br>      Defendants. | Case No: 06 CV 1840 H (CAB)<br><br>**ORDER OF DISMISSAL**<br><br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

**IT IS HEREBY ORDERED,** that Magistrate Judge Cathy Ann Bencivengo, or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all further proceedings in this matter including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement. The terms of the Settlement Agreement are hereby incorporated in this Order.

It is further ordered that the Complaint in USDC Case No. 06 CV 1840 H (CAB) is hereby dismissed in its entirety and with prejudice. The Parties shall each bear its, his or her own costs

/ / /

/ / /

and fees, except as otherwise set forth in the Settlement Agreement, which is **incorporated herein by reference.**

**IT IS SO ORDERED.**

Dated:     April 11, 2007

_____
HONORABLE MARILYN L. HUFF,
U.S. DISTRICT COURT JUDGE